IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BJ SERVICES, LLC, *et al.*,[1] | ) Case No. 20-33627 (MI) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF RESOLUTION OF OUTSTANDING MATTERS**

**PLEASE TAKE NOTICE** that on November 6, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order [Docket No. 1093] (the "Confirmation Order") confirming the Debtors' Joint First Amended Chapter 11 Pan [Docket No. 1084] (with all supplements and exhibits thereto, the "Plan"), attached to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on November 6, 2020

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2020, the Bankruptcy Court entered an *Order (I) Authorizing and Approving the Settlement By and Among the Debtors and the Parties to the Settlement Agreement and (II) Granting Related Relief* [Docket No. 1094] (the "Settlement Order").

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise noted herein, the Confirmation Order, the Settlement Order, and/or the Effective Date resolved or mooted the following matters:

- *GACP Finance Co., LLC's Emergency Motion for Adequate Protection* [Docket No. 72];

- *Debtors' Emergency Application for Entry of an Order (I) Authorizing the Retention and Employment of Ritchie Bros. Auctioneers (America) Inc. and Hilco Valuation Services, LLC as Auctioneers, Brokers, and Exclusive Marketing Agents, Effective as of August 6, 2020, (II) Approving the Sale of Assets Free and Clear of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BJ Services, LLC (3543); BJ Management Services, L.P. (8396); BJ Services Holdings Canada, ULC (6181); and BJ Services Management Holdings Corporation (0481). The Debtors' service address is: 11211 Farm to Market 2920 Road, Tomball, Texas 77375.

*all Liens, Claims, Interests, and Encumbrances, and (III) Granting Related Relief* [Docket No. 313];[2]

- *CLMG Corp.'s Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection* [Docket No. 411];

- *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Surcharge Certain Collateral, (II) Limiting the Extent of the Equipment Term Loan Lenders' Prepetition Security Interest in Proceeds of Sale of Collateral, and (III) Granting Related Relief* [Docket No. 589];

- *Motion of the ABL Agent for Relief from the Automatic Stay* [Docket No. 669];

- *GACP Finance Co., LLC's Motion for Leave to File Under Seal Certain Exhibits for September 22, 2020 Hearing* [Docket No. 681];

- *Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to 11 U.S.C. §§ 105(a), 107(b) and 1102(b)(3), (I) Establishing a Protocol for Creditor Access to Information and (II) Authorizing the Committee to Utilize Stretto as Information Agent in Connection Therewith* [Docket No. 761];

- GACP Finance Co., LLC's Motion to Exclude Leykum Testimony [Docket No. 809];

- *GACP Finance Co., LLC's Motion for Leave to File Under Seal Certain Exhibits for October 21, 2020 Hearing* [Docket No. 898];

- *JPMorgan Chase Bank, N.A.'s Motion for Entry of an Order Authorizing JPMorgan to File under Seal an Additional Exhibit for October 21, 2020 Hearing* [Docket No. 924];

- *GACP Finance Co., LLC's Motion for Leave to File Under Seal Statement in Connection with October 21, 2020, Scheduling Conference* [Docket No. 927];

- *GACP Finance Co., LLC's Emergency Motion to Continue and Compel* [Docket No. 932];

- *GACP Finance Co., LLC's Motion for Leave to File Under Seal GACP Finance Co., LLC's Emergency Motion to Continue and Compel* [Docket No. 933];

- *JPMorgan Chase Bank, N.A.'s Amended Motion for Entry of an Order Authorizing JPMorgan to File Under Seal an Additional Exhibit for October 21, 2020 Hearing* [Docket No. 943];

---

[2] Resolved by Docket No. 492.

- *GACP Finance Co., LLC's <u>Emergency</u> Motion for Entry of an Order Directing the Debtors to Distribute the Undisputed Excess Sales Proceeds to GACP Finance Co., LLC, as Agent Under the Term Loan Agreement* [Docket No. 964]; and

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Committee Standing to Commence and Prosecute an Action on Behalf of the Debtors' Estates Against Prepetition ABL Agent and Prepetition ABL Lenders* [Docket No. 1038].

[*Remainder of page intentionally left blank*]

Houston, Texas
November 12, 2020

/s/ *Paul D. Moak*

| | |
|---|---|
| **GRAY REED & McGRAW LLP** | **KIRKLAND & ELLIS LLP** |
| Jason S. Brookner (TX Bar No. 24033684) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul D. Moak (TX Bar No. 00794316) | Joshua A. Sussberg, P.C. |
| Amber M. Carson (TX Bar No. 24075610) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| 1300 Post Oak Boulevard, Suite 2000 | 601 Lexington Avenue |
| Houston, Texas 77056 | New York, New York 10022 |
| Telephone: (713) 986-7127 | Telephone: (212) 446-4800 |
| Facsimile: (713) 986-5966 | Facsimile: (212) 446-4900 |
| Email: jbrookner@grayreed.com | Email: joshua.sussberg@kirkland.com |
| pmoak@grayreed.com | cgreco@kirkland.com |
| acarson@grayreed.com | |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

-and-

Joshua M. Altman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          josh.altman@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

4832-8543-9697