United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33627 |
| **BJ SERVICES, LLC,** *et al.*, | § | |
| | § | CHAPTER 11 |
| Debtors. | § | |
| | § | |
| **GACP FINANCE CO., LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3107 |
| | § | |
| **KEYSTONE OILFIELD FABRICATION LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court (i) dismisses Keystone Oilfield Fabrication LLC's counterclaims for (x) a declaratory judgment that GACP abandoned property; (y) quantum meruit; and (z) unjust enrichment; and (ii) permits Keystone to amend the quantum meruit and unjust enrichment counterclaims.

SIGNED 03/01/2023

Marvin Isgur
United States Bankruptcy Judge